UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SUBPOENAS N-16-3-30(5)- #137, N-16-3-30(6) #138, N-16-3-30(7) #139, N-16-3-30(8) #140, N-16-3-30(9) #141, N-16-3-30(10) #142

Misc. Case No. 3:17mj1440-JGM

**Filed Under Seal**

## APPLICATION FOR EXTENSION OF ORDERS COMMANDING ELECTRONIC COMMUNICATIONS SERVICES NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENAS

On March 17, 2017, the Court, through United States Magistrate Judge Joan G. Margolis, authorized non-disclosure orders to the following entities pertaining to grand jury subpoena numbers:

| | |
|---|---|
| N-16-3-30(5), #137 | Google, Inc. |
| N-16-3-30(6), #138 | AOL, Inc. |
| N-16-3-30(7), #139 | Microsoft, Inc. |
| N-16-3-30(8), #140 | Yahoo, Inc. |
| N-16-3-30(9), #141 | 1&1 Mail & Media, Inc. |
| N-16-3-30(10), #142 | Cox Communications, Inc. |

The non-disclosure orders were scheduled to last six months, or until September 17, 2017. The United States hereby requests that the Court extend these non-disclosure orders for an additional period of six months, through and including March 17, 2018, so that these entities cannot notify any person (including the subscribers or customers of the account(s) listed in the subpoenas) of the existence of the subpoenas until after March 17, 2018.

The entities listed above are providers of electronic communication services, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the several grand jury subpoenas, which require the entities listed above to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a

provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the subpoenas relate to an ongoing criminal investigation regarding a scheme to obtain the personal identifying information of employees from various school districts in Connecticut and to file federal income tax returns in the names of the victims. Disclosure of the subpoenas, which seek subscriber information from potential conspirators in the scheme, may alert the targets to the ongoing investigation. Only one of potentially many co-conspirators has been arrested in this ongoing investigation, and notification to the subscribers of the accounts of the subpoenas will seriously jeopardize the investigation, including by giving targets an opportunity to flee, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5). Some of the evidence in this investigation is believed to be stored electronically. If alerted to the investigation, the subjects under investigation could destroy that evidence, including information saved to their personal computer(s).

WHEREFORE, the United States respectfully requests that the Court grant the attached Orders directing the entities listed above not to disclose the existence or content of the subpoenas for a period of six months from the date of the order, through and including March 17, 2018, except that the entities may disclose the subpoenas to their respective attorneys for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to the targets of the

investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on September 5, 2017.

Sarala V. Nagala
Assistant United States Attorney
Federal Bar No. phv05529
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700