UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:17MJ1440 (SALM) |
| | : | |
| v. | : | |
| | : | |
| APPLICATION FOR ORDER | : | January 5, 2021 |

## MOTION TO UNSEAL

The Government respectfully requests that the Court unseal the above-captioned case and all docket entries currently sealed therein. The Government has reviewed the filings and has determined that the facts justifying sealing no longer apply, or no longer outweigh the public's interest in access to the material, as the investigation is now closed.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s Sarala V. Nagala*

SARALA V. NAGALA
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv05529
United States Attorney's Office
157 Church Street, 25th Floor
New Haven, CT 06510
Tel: (203) 821-3700
Sarala V. Nagala@usdoj.gov